IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDELL TATE, : | |
|     Plaintiff : | |
|        v. | : Case No. 3:20-cv-86-KRG-KAP |
| LINDSAY, *et al.*, : | |
|     Defendant : | |

### Order

On December 15, 2021, the mandate was received from the Court of Appeals. ECF no. 13. The Clerk shall therefore reopen this case.

According to the opinion in support of the mandate, plaintiff's complaint at ECF no. 6 states a <u>Farmer v. Brennan</u> claim against both defendants. When plaintiff supplies the Clerk with copies of the complaint and forms for service, the Clerk shall forward them to the Marshal for service.

The Marshal shall the complaint upon defendants at the direction of the plaintiff (the Marshal shall send a waiver of service form first), costs of service to be advanced by the United States.

DATE: January 7, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Lindell Tate KM-9487
S.C.I. Fayette
48 Overlook Drive
LaBelle, PA 15450